UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-61821-CIV-ZLOCH

JACKIE WARD,

      Plaintiff,

vs.                                          **O R D E R**

ESTALEIRO ITAJAI S/A, A
METALNAVE COMPANY, and FRANCISCO
WLASEK, and PAULO ROLIM,

      Defendants.
_____/

THIS MATTER is before the Court upon Defendant Estaleiro Itajai's Motion To Appoint Special Master (DE 99). The Court has carefully considered said Motion and the entire court file and is otherwise fully advised in the premises.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** that Defendant Estaleiro Itajai's Motion To Appoint Special Master (DE 99) be and the same is hereby **GRANTED** as follows:

1. That pursuant to Federal Rule of Civil Procedure 53(a)(1)(C), Thomas G. Schultz, Esq., of Tew Cardenas LLP, 1441 Brickell Avenue, Miami, FL, be and the same is hereby appointed to act as Special Master in the above-styled cause;

2. Thomas G. Shultz, Esq., (hereinafter "the Special Master") is appointed for the limited purpose of acting as arbiter of disputes arising during the depositions of Plaintiff Jackie Ward and counsel Andrew W. Mychalowych, Esq., and Meghan W. Cassidy,

Esq.;

3. The Special Master shall give fair and prompt rulings to objections raised at the depositions noted above.  The Special Master may by order impose any non-contempt sanction provided by Federal Rules of Civil Procedure 37 or 45 and may recommend a contempt sanction against a Party and sanctions against a non-party;

4. The Special Master shall appear, whether in person or by telephone or video teleconference, at the above-noted depositions to rule on objections raised therein;

5. As is necessary and proper for the efficient performance of his duties and to further the Parties in their procurement of relevant information calculated to lead to the discovery of admissible evidence, the Special Master may communicate ex parte with either Party or Counsel;

6. Within ten (10) calendar days of the completion of the above-noted depositions, the Special Master shall file with the Clerk of this Court and serve upon all Parties an Affidavit to serve as the record of his activities and actions taken in the exercise of his duties;

7. The Court shall decide objections to the Special Master's findings of fact, conclusions of law, and rulings on procedural matters in accordance with Federal Rule of Civil Procedure 53(g);

8. The Parties may file their objections to the Special Master's findings of fact, conclusions of law, rulings on

procedural matters, and recommendations of sanctions within five (5) calendar days of his filing of the record of his activities; and

9. The Special Master will be compensated for his services at an hourly rate agreed to between the Special Master and all Parties, and each side shall bear one-half of the costs.  If the Special Master and the Parties cannot agree on a rate of compensation, said hourly rate will be determined by the Court.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _16th_ day of November, 2007.

WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

All Counsel of Record