UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:05-61821-CIV-ZLOCH

JACKIE WARD, AN INDIVIDUAL,

    PLAINTIFF

V.

ESTALEIRO ITAJAI S/A A METALNAVE

COMPANY, A BRAZILIAN COMPANY, FRANCISCO

WLASEK, AN INDIVIDUAL AND PAULO ROLIM,
AN INDIVIDUAL,

    DEFENDANTS.

---

**APPENDIX TO
PLAINTIFF'S MOTION IN LIMINE #6
TO STRIKE MEGHAN CASSIDY AS A "MAY CALL" WITNESS
AND PREVENT THE DEFENDANTS FROM CALLING CASSIDY TO TESTIFY AT
THE TIME OF TRIAL**

**WITH INCORPORATED MEMORANDUM OF LAW IN SUPPORT**

---

Exhibit 1:    Deposition of Meghan W. Cassidy

Exhibit 2:    Defendant Estaleiro Itajai's Motion to Direct Discovery Cooperation and Timely Production of Witnesses for Deposition

Exhibit 3:    Estaleiro Itajai's Memorandum In Opposition to Plaintiff's Motion for Partial Summary Judgment on Count I of Complaint

{FT460391;1}