UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:05-61821-CIV-ZLOCH

JACKIE WARD, AN INDIVIDUAL,

    PLAINTIFF

V.

ESTALEIRO ITAJAI S/A A METALNAVE

COMPANY, A BRAZILIAN COMPANY, FRANCISCO

WLASEK, AN INDIVIDUAL AND PAULO ROLIM,
AN INDIVIDUAL,

    DEFENDANTS.

---

**APPENDIX TO
PLAINTIFF'S OMNIBUS REPLY BRIEF TO DEFENDANTS' OMNIBUS
MEMORANDUM IN RESPONSE TO PLAINTIFF' S MOTIONS IN LIMINE
ONE THROUGH FOUR, SIX AND SEVEN**

---

Exhibit 1:    Defendants' Trial Exhibit Pertaining to Claim for Damages

Exhibit 2:    Vessel Construction Agreement w/out Schedules

Exhibit 3    Email from Paulo Rolim to Jim Eden dated 2/24/05 and email from Jim Eden to Paulo Rolim dated 2/25/05

Exhibit 4:    Emails sent between Andrew W. Mychalowych and Jim Eden Bates Stamped 966-968

Exhibit 5:    Excerpts from the Deposition of Jim Eden

Exhibit 6:    Excerpts from the Deposition of Jacquelyn M. Ward

{FT468349;1}