UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-61821-CIV-ZLOCH

JACKIE WARD,

      Plaintiff,

vs.                                          **O R D E R**

ESTALEIRO ITAJAI, S/A A
METALNAVE COMPANY, et al.,

      Defendants.
_____/

    THIS MATTER is before the Court upon Defendants' Motion To Amend And Certify (DE 230), which was docketed as Defendants' Motion To Stay. The Court has carefully reviewed said Motion and the entire court file and is otherwise fully advised in the premises.

    The body of the instant Motion (DE 230) is identical to Defendants' previous Motions To Amend And Certify (DE Nos. 229 & 232). Said previous Motions were denied by prior Order. DE 240. The reasoning expressed in said prior Order (DE 240) likewise applies to the instant Motion (DE 230).

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** that Defendants' Motion To Amend And Certify (DE 230), which was docketed as Defendants' Motion To Stay, be and the same is hereby **DENIED** for the reasons expressed in the Court's prior Order (DE 240).

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 10th day of July, 2008.

                                          WILLIAM J. ZLOCH
                                          United States District Judge

Copies furnished:

All Counsel of Record